IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH THORNTON, # 136065, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>LEON FORNISS, *et al.*, )<br>)<br>Respondents. ) | Civil Action No.<br>2:14cv130-MEF<br>(WO) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This cause is before the court on a *pro se* 28 U.S.C. § 2254 petition for habeas corpus relief filed by state inmate Kenneth Thornton ("Thornton") on or about February 26, 2014. Doc. No. 1. Thornton challenges his 1992 convictions in the Circuit Court of Jefferson County, Alabama, on charges of first-degree rape, first-degree sodomy, and second-degree kidnapping.

**DISCUSSION**

This court, "in the exercise of its discretion and in furtherance of justice," may transfer a petitioner's application for writ of habeas corpus to "the district court for the district within which the State court was held which convicted and sentenced [the petitioner]." *See* 28 U.S.C. § 2241(d). Thornton challenges convictions and a sentence entered by the Circuit Court of Jefferson County, Alabama. Jefferson County is located within the jurisdiction of the United States District Court for the Northern District of Alabama. Consequently, this court concludes that the transfer of this case to such other court for hearing and determination

is appropriate.[1]

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **March 14, 2014**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual

---

[1] A decision on Thornton's application for *in forma pauperis* status (Doc. No. 3) is reserved for ruling by the United States District Court for the Northern District of Alabama. CM/ECF's PACER system reflects that in July 2010, Thornton filed a 28 U.S.C. § 2254 petition in the United States District Court for the Northern District of Alabama challenging the same 1992 Jefferson County convictions he attacks in the instant § 2254 petition. *See Thornton v. Price, et al.*, 2:10cv1966-KOB-PWG. In January 2011, that Court denied Thornton's § 2254 petition as time-barred under 28 U.S.C. § 2244(d). *See id.*, Doc. Nos. 5, 11, and 12.

findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 28th day of February, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE